# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NADIA JACKSON, | Civil 10-2370 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| METROPOLITAN COUNCIL HRA MANAGEMENT ASSOCIATION, LUCIA CLAUSEN, AND BARBARA KNOX, | |
| Defendants. | |

Nadia Jackson, 5849 73rd Avenue North, Apartment 228, Brooklyn Park, MN 55429, pro se plaintiff.

Mary Dobbins, **LANDRUM DOBBINS LLC**, 7400 Metro Boulevard, Suite 100, Edina, MN 55439, for Defendant Metropolitan Council HRA Management Association.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendants Clausen and Knox.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated March 18, 2011 [Docket No. 34]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1.  The HUD defendants' motion to dismiss [Docket No. 16] is **GRANTED.**

2.   Jackson's motion to dismiss [Docket No. 25] is **GRANTED.**

3.   To the extent Jackson seeks damages from the HUD defendants under either Title VI or Title VIII, those claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and to the extent Jackson seeks relief incident to her remaining claims against the HUD defendants, those claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

4.   The HUD defendants are dismissed from this litigation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: April 19, 2011
at Minneapolis, Minnesota                               ___ s/ John R. Tunheim _____
                                                        JOHN R. TUNHEIM
                                                        United States District Judge